UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
LUIGI ABREU,                 :
                 :
          Plaintiff,    :
                 :      22-CV-1335 (VSB)
       -against-     :
                 :      **ORDER**
MARQUE OF BRANDS AMERICAS, LLC, :
                 :
         Defendant.  :
                 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 16, 2022, (Doc. 1), and filed an affidavit of service on March 14, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was March 22, 2022. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 6, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 23, 2022
            New York, New York
                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge