```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUIGI ABREU,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :           22-CV-1335 (VSB)
                -against-                                   :
                                                            :                ORDER
MARQUE OF BRANDS AMERICAS, LLC,                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed the complaint in this action on February 16, 2022.  (Doc. 1.)  Defendant filed its answer on April 21, 2022.  (Doc. 10.)  On April 22, 2022, I issued an Order and Notice of Initial Conference.  (Doc. 11.)  I ordered the parties to meet and confer and submit their Case Management Plan and Scheduling Order and joint letter by May 6, 2022.  (*Id.*)  That deadline has passed, and the parties have not filed the joint letter or the Case Management Plan and Scheduling Order.  It is hereby:

      ORDERED that Plaintiff meet and confer with Defendant and submit the joint letter and Case Management Plan and Scheduling Order on or before May 13, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 9, 2022
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge