UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                  :

LUIGI ABREU,                                            :
                                                  :

                          Plaintiff,   :

                                                  :                    22-cv-1335 (VSB)

                    -against-             :

                                                      :                      **ORDER**

MARQUE OF BRANDS AMERICAS, LLC,   :

                                                      :

                          Defendant.   :

                                                      :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 10, 2022
       New York, New York

                                             Vernon S. Broderick
                                             United States District Judge